UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EARL PHILIP PEEPLES,
      Plaintiff,

vs.                                  Case No.:  3:21cv4646/LAC/ZCB

WARDEN ALLEN, et al.,
      Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 18, 2022.  (Doc. 24).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

After *de novo* review of the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 24) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3.    All pending motions are **DENIED** as moot.

1

4.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** on this 13th day of September, 2022.


                                        s/ *L. A. Collier*
                                _____
                                      Lacey A. Collier
                            Senior United States District Judge